UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD ROBERT PLESHE, | NO. CV 09-7404-VAP(CT) |
| Petitioner, | JUDGMENT |
| v. | |
| K. HARRINGTON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: Nov. 24, 2009

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE